IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
FEB - 1 2010
DAVID J. MALAND, CLERK
BY
DEPUTY

| | | |
|---|---|---|
| KIRK M. DOUGLAS, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 4:09cv266 |
| | § | |
| TOWN OF LITTLE ELM, | § | |
| Defendant. | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE AND ORDER OF PARTIAL DISMISSAL

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On January 4, 2010, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendant's Motion and Brief to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) (Dkt. 17) be GRANTED and that Plaintiff's claims here under Texas Labor Code § 52.051 be dismissed.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court. Therefore, Defendant's Motion and Brief to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) (Dkt. 17) is GRANTED, and Plaintiff's claims here under Texas Labor Code § 52.051 are dismissed. Plaintiff's other claims against Defendant remain at this time.

**IT IS SO ORDERED.**

**SIGNED** this 30th day of January, 2010.

RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE